**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ABDULHAKIM SALAAM LOWERY, | : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SHERIFF OFFICER TYSON, et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 1:15-CV-2431-TWT-JFK |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

The matter is before the Court on submission of the Court's Order entered on September 18, 2015, which gave Plaintiff twenty additional days in which to comply with the Court's prior Order, entered on July 22, 2015, which ordered Plaintiff to amend. (Order of July 21, 2015, ECF No. 4; Order of Sept. 17, 2015, ECF No. 5). The Court advised Plaintiff that his failure to comply could result in the dismissal of his action. (Order of Sept. 17, 2015, at 3). As of November 5, 2015, Plaintiff has not complied with either of the Court's Orders to amend.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Plaintiff's failure to comply with a lawful order of the Court. See LR 41.3 A.(2), NDGa.; see also Heard v. Nix, 170 F. App'x 618, 619 (11th Cir.

Feb. 23, 2006) (affirming dismissal under Rule 41.3 and Federal Rule of Civil Procedure 41(b) for failure to comply with district court's order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 9th day of November, 2015.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

2